IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| SALEEBAN ISSE ADAN, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Case No. 5:25-cv-322-MTT-ALS** |
| | : | |
| WARDEN, *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

**ORDER**

Plaintiff Saleeban Isse Adan, an inmate at the Georgia Diagnostic and Classification Prison in Jackson, Georgia, filed a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1), but he has not paid the filing fee or moved for leave to proceed *in forma pauperis* ("IFP") in this action. Therefore, Plaintiff is **ORDERED** to either pay the $405.00 filing fee or submit a properly completed motion to proceed IFP if he wants to proceed with this case.[1] Plaintiff must complete the entire IFP application by filling out the motion and declaration as well as submitting "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(2).

Additionally, Plaintiff must recast his complaint. As submitted, Plaintiff's Complaint ends at page four and does not include a statement of facts. (*See* Doc. 1). Moreover, Plaintiff has not signed the Complaint. Every document filed with the Court by a *pro se* litigant must be signed by that litigant, and the Court is required to strike any unsigned document unless the omission of the

---

[1] The Court notes that it previously found that Plaintiff has filed at least three federal cases that were dismissed on grounds that constitute strikes under 28 U.S.C. § 1915(g). *See* Order Dismissing Complaint, *Adan v. Kentucky Fried Chicken*, No. 1:23-cv-22-LAG-TQL (M.D. Ga. July 7, 2023) (Doc. 13, at 2-3). Thus, under § 1915(g), Plaintiff is precluded from proceeding *in forma pauperis* unless he alleges facts demonstrating that he is in imminent danger of serious physical injury.

signature is promptly corrected after being called to the litigant's attention. Fed. R. Civ. P. 11(a). Thus, if he wants to proceed with this action, Plaintiff is **ORDERED** to file a complete, signed complaint consistent with the instructions herein.

In recasting the complaint, Plaintiff shall clearly identify those individuals he wishes to include as named defendants in this case. In the statement of claims, Plaintiff must clearly and concisely explain what each individual defendant did or did not do that Plaintiff believes violated his constitutional rights. If Plaintiff asserts a claim but does not connect that claim to any defendant, that claim will be subject to dismissal. Likewise, if Plaintiff names a defendant but does not allege any facts to show what the defendant did, that defendant will be subject to dismissal. Plaintiff should state his claims as simply as possible; he also need not use legal terminology or cite any specific statute or case law to state a claim. *See* Fed. R. Civ. P. 8.

The recast complaint will take the place of and supersede Plaintiff's prior complaint, such that the Court will not look back to the original complaint to determine whether Plaintiff has stated a claim. Therefore, Plaintiff should take care to include all relevant factual allegations in his recast complaint. **Plaintiff is not to attach more than ten (10) pages of factual allegations to his complaint.** He is also not to include any other attachments to his recast complaint.

As set forth above, Plaintiff is **ORDERED** to either pay the $405.00 filing fee for this case or file a proper and complete motion to proceed *in forma pauperis*. Additionally, Plaintiff is **ORDERED** to file a recast complaint that complies with the instructions in this order. Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this Order to comply. Plaintiff must also immediately inform the Clerk of Court of any address changes while this action is pending. Plaintiff's failure to fully and timely comply with this order may result in the dismissal of this case.

The Clerk is **DIRECTED** to forward to Plaintiff a motion to proceed *in forma pauperis* with the appropriate accompanying documents and a blank 42 U.S.C. § 1983 complaint form along with his service copy of this order (with the civil action number showing on all). There will be no service in this case pending further order of the Court.

**SO ORDERED**, this 27th day of August, 2025.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE